UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                         )
v.                                       )    Mag. Judge Case No. 2005-M-0454-RBC
                                         )
**TODD OLSHEFSKI,**              )
**Defendant**                          )

### AFFIDAVIT IN SUPPORT OF ARREST

I, Deputy U.S. Marshal Paul Sugrue, United States Marshal Service, do hereby make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one **TODD OLSHEFSKI** on a petition on supervised release filed in the Eastern District of Virginia charging the defendant with a violation of supervised release, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

                                                                _/s/ Paul Sugrue_
                                                                 PAUL SUGRUE
                                                                 Deputy U.S. Marshal
                                                                 U.S. Marshal Service

Subscribed and sworn to before me this 21 day of April, 2005.

                                                                  _/s/ Robert B. Collings_
                                                                  Robert B. Collings
                                                                  United States Magistrate Judge

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

AO 442 (Rev.6/96-EDVA) Warrant rest +

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA  835503
### RICHMOND DIVISION

WARRANT FOR ARREST

0583 - 0308-1411-D

UNITED STATES OF AMERICA

v.   CRIMINAL NUMBER: 3:04CR081

TODD OLSHEFSKI

To: The United States Marshal and/or any Authorized United States Officer

You are HEREBY COMMANDED to ARREST **TODD OLSHEFSKI** and bring defendant to the nearest United States Magistrate Judge to answer a(n)

___ INDICTMENT  ___ Criminal Information  ___ Complaint  ___ Order of Court
_X_ Petition on Supervised Release  ___ Petition on Probation  ___ Violation of Pretrial Release

charging defendant with (brief description of offense):

SEE PETITION ATTACHED

_Kara Stephenson_          _Deputy Clerk_
Name of Issuing Officer    Title of Issuing Office

_Kara Stephenson_ (signature)
Signature of Issuing Officer

_March 7, 2005 at Richmond, VA_
Date and Location

Bail Fixed at $ N/A          By: _____
                             Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received    Name and Title of Arresting Officer    Signature of Arresting Officer

Date of Arrest

Prob 12
(Mod. for E.VA 01/05)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA


F I L E
MAR - 7 2005
CLERK, U.S. DISTRICT COURT
RICHMOND, VA
KS

U.S.A. vs. TODD OLSHEFSKI                Docket No. 3:04-CR-00081

### Petition on Supervised Release

COMES NOW L. Kaye Mallow, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Todd Olshefski, who was placed on supervision by the Honorable Richard L. Williams, sitting in the Court at Richmond, Virginia, on the 13th day of May, 2004, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Violations as outlined on pages 2 through 3.

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued for the defendant's arrest, and that he be brought before the Court to show cause why supervision should not be revoked.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _Kana Stephenson_
DEPUTY CLERK

ORDER OF COURT

Considered and ordered this 4th day of _March_, 2005, and ordered filed and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 28, 2005_

_Kaye Mallow_
U.S. Probation Officer
Colonial Heights, Virginia

_Richard L. Williams_
Senior United States District Judge

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: Todd Olshefski

OFFENSE: Mail and Wire Fraud, in violation of 18 U.S.C. § 1343, a Class C felony.

SENTENCE: The Court initially imposed a sentence of 6 months of imprisonment with 3 years of supervised release to follow, restitution of $14,760.92 and a $100 special assessment. Special conditions providing for access to requested financial information, the application of financial windfalls toward unpaid court-ordered obligations, and the defendant's self-surrender to appropriate authorities on outstanding warrants and other criminal matters, as directed by the probation officer, were also imposed.

On August 16, 2004, the Court granted a joint motion by the parties for an early release of the defendant in order that he might attend his father's funeral. By Order entered that date, the defendant's release, scheduled for August 20, 2004, was changed to August 17, 2004.

ADJUSTMENT TO SUPERVISION: The defendant's term of supervised release began on August 17, 2004, and he has been assigned to this officer throughout the term of supervision. As evidenced below, the defendant is not in compliance with the conditions of supervision. His conduct warrants the Court's intervention.

VIOLATIONS: The following violations are submitted for the Court's consideration:

SPECIAL CONDITION: **FAILURE TO SURRENDER ON OUTSTANDING WARRANTS AS DIRECTED BY THE PROBATION OFFICER.**

On October 18, 2004, the probation officer gave the defendant written instructions, via letter, that he was to report to the Muscogee County Sheriff's Department in Columbus, Georgia, not later than 12:00 noon on October 25, 2004, to answer outstanding warrants previously issued in that locality for Deposit Account Fraud, Endangering a Security Interest, and Theft by Taking Auto Vehicle. These charges were set forth in the defendant's presentence report utilized by this Court at the sentencing of this defendant on the instant offense. The probation officer further notified the defendant verbally of his need to self-surrender, as reflected above, during a telephone conversation with him on October 20, 2004.

Information provided to this officer indicates that the defendant removed himself from his approved residence in Richmond, Virginia, on or about October 23, 2004; however, to date, he has not surrendered to authorities in Muscogee County, Georgia, as was directed, and is considered to be an absconder. His current whereabouts are not known to the probation officer.

Petition on Supervised Release
Page 3
RE: Todd Olshefski

CONDITION 2.          **FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.**

The defendant has submitted no monthly supervision reports for the months of October, November, or December 2004, or January 2005.

CONDITION 6:          **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF CHANGE IN RESIDENCE.**

The defendant failed to notify the probation officer within 72 hours of his change in residence. The defendant removed himself from his approved residence in Richmond, Virginia, on or about October 23, 2004, and his current whereabouts are not known to the probation officer.

LKM/kss

*THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:*

DEFENDANT'S NAME: **TODD OLSHEFSKI**

ALIAS:

RESIDENCE: **37 Labrook Drive; Apt. 13**
**Richmond, VA 23224**

DATE OF BIRTH: **March 18, 1969**

SOCIAL SECURITY NUMBER: **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**

HEIGHT:                                                    WEIGHT:

SEX: **MALE**                                         RACE: **WHITE/NON-HISPANIC**
                                                           NUMBER: *191942RA9*

REG. NUMBER: *38497-083*

INVESTIGATIVE AGENCY AND ADDRESS: