# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

V.

_TODD OLSHEFSKI_
Defendant

CASE NUMBER: _05 M 0454 RBC_

CHARGING DISTRICTS
CASE NUMBER: _3:04-CR-00081_

I understand that charges are pending in the _Eastern_ District of _Virginia_ alleging violation of _Supervised release_ (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_[signature]_
Defendant

APR 21 2005
Date

_Eileen M Dughue_
Defense Counsel